## CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED, Plaintiff–Appellant,

v.

## REALTIME DATA, LLC (doing business as IXO), Defendant–Appellee.

No. 2010–1330.

United States Court of Appeals, Federal Circuit.

July 1, 2010.

Stacie R. Hartman, Schiff Hardin LLP, Chicago, IL, for Plaintiff–Appellant.

Robert A. Cote, McKool Smith P.C., New York, NY, for Defendant–Appellee.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

## MIKE'S CONTRACTING LLC, Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee.

No. 2010–5127.

United States Court of Appeals, Federal Circuit.

July 1, 2010.

Michael A. Moulis, Moulis' Aviation Law, PA, Fort Lauderdale, FL, for Plaintiff–Appellant.

Michael N. O'Connell Jr., Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.